UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID PILL, Individually and on behalf of all others similarly situated, et al.,<br><br>Plaintiff,<br><br>v.<br><br>ANGIE'S LIST, INC., SCOTT A. DURCHSLAG, THOMAS R. EVANS, GEORGE D. BELL, MARK BRITTO, ANGELA R. HICKS BOWMAN, MICHAEL S. MAURER, DAVID B. MULLEN, MICHAEL D. SANDS, H. ERIC SEMLER, SUSAN THRONSON, IAC/INTERACTIVECORP, ANGI HOMESERVICES INC., and CASA MERGER SUB, INC.,<br><br>Defendants. | Case No. 1:17-cv-02461-JMS-MJD |

## NOTICE OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, David Pill, by counsel, hereby gives notice that he is dismissing all claims in the above-captioned matter, with prejudice as to himself and without prejudice as to all others similarly situated, with each party to bear its own fees and costs.

Respectfully submitted,

SCHUCKIT & ASSOCIATES PC

Dated: October 2, 2017

 *s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (#15342-49)
4545 Northwestern Drive
Zionsville, Indiana 46077
Telephone: (317) 363-2400
Facsimile: (317) 363-2257
E-Mail: rschuckit@schuckitlaw.com