UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID PILL, Individually and on behalf of all others similarly situated, et al., <br><br> Plaintiff, <br><br> v. <br><br> ANGIE'S LIST, INC., SCOTT A. DURCHSLAG, THOMAS R. EVANS, GEORGE D. BELL, MARK BRITTO, ANGELA R. HICKS BOWMAN, MICHAEL S. MAURER, DAVID B. MULLEN, MICHAEL D. SANDS, H. ERIC SEMLER, SUSAN THRONSON, IAC/INTERACTIVECORP, ANGI HOMESERVICES INC., and CASA MERGER SUB, INC., <br><br> Defendants. | Case No. 1:17-cv-02461-JMS-MJD <br><br> Dismissal with prejudice acknowledged.  JMS, CJ, 10-4-17 Distribution via ECF. |

**NOTICE OF DISMISSAL WITH PREJUDICE**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, David Pill, by counsel, hereby gives notice that he is dismissing all claims in the above-captioned matter, with prejudice as to himself and without prejudice as to all others similarly situated, with each party to bear its own fees and costs.

Respectfully submitted,

SCHUCKIT & ASSOCIATES PC

Dated:  October 2, 2017

 *s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (#15342-49)
4545 Northwestern Drive
Zionsville, Indiana 46077
Telephone: (317) 363-2400
Facsimile: (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com